UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RUBIO,<br><br>               Plaintiff,<br><br>               v.<br><br>RALPH DIAZ, et al.,<br><br>               Defendants. | Case No. 5:20-02541 SB (ADS)<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated March 19, 2021 [Dkt. No. 11], of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

      Accordingly, IT IS HEREBY ORDERED:

      1.      The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 11], is accepted;

2. Plaintiff's Motion for Relief [Dkt. No. 8] is denied.



DATED: May 6, 2021

_____
THE HONORABLE STANLEY BLUMENFELD, JR.
United States District Judge