UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:20-02541 SB (ADS)                                         Date:  October 25, 2021

Title:  *Rubio v. Diaz, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

Plaintiff Ricardo Rubio filed a Complaint asserting numerous federal and state civil rights violations on September 18, 2020.  (Dkt. No. 1.)  The Court issued an order dismissing the Complaint with leave to amend, which required a response by no later than October 1, 2021.  (Dkt. No. 13.)  As of the date of this order, Plaintiff has failed to file a response.

Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and obey court orders.  **Plaintiff must file a written response by no later than November 15, 2021.**  Plaintiff may respond to this order by (a) filing a first amended complaint; (b) filing a notice of voluntarily dismissal; or (c) filing a statement with the Court indicating the desire to move forward with the Complaint despite the weaknesses noted by the Court in its prior order.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Initials of Clerk kh