UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RUBIO,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　　　Defendants. | Case No. 5:20-02541 SB (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety without prejudice. All claims against the defendants are dismissed for failure to prosecute and failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  December 8, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　United States District Judge